AUSA Galdo

## United States District Court

For the Western District of Texas
Austin Division

**FILED**

Dec 12 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____
DEPUTY

United States of America, §
§
v. §
§
Erin Emanuel Gutierrez-Maradiaga §
AKA: Erin Emanuel Rodriguez, §
Klenier Javier Rodriguez §

Case Number:

**1:19-m-781**

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about **September 25, 2019**, in the county of **Travis**, in the Western District of Texas, the defendant, **Erin Emanuel Gutierrez-Maradiaga**, violated Title 8, United States Code section 1326.

This criminal complaint is based upon the following facts:

On or about **September 25, 2019**, the defendant, an alien, was found in the Travis County jail, Austin, Texas, with in the Western District of Texas. A deportation officer lodged a detainer after interviewing the defendant and subsequent queries identified the defendant as a previously removed alien.

Investigation and records of the Immigration and Customs Enforcement establish that the defendant is an alien who was previously removed from the United States to **Honduras** on or about **May 13, 2016**, and that he unlawfully and illegally reentered the United States without having obtained permission from the Attorney General of the United States or the Secretary for Homeland Security to reapply for admission.

_____
Signature of Complainant (S. Meade)
Deportation Officer
Immigration and Customs Enforcement

Submitted and sworn to electronically and signed by me pursuant to Fed. R. Crim P. 4.1 and 4(d)

**December 12, 2019**                                           at                      Austin, Texas
_____                                                    _____
Date                                                                                              City and State

Susan Hightower
United States Magistrate Judge

_____                                                    _____
Name & Title of Judicial Officer                                                        Signature of Judicial Officer